UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARAMPAL SINGH, individually and d/b/a MCHENRY'S BAR & RESTAURANT,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-1453-LJO-BAM<br><br>ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT |

Plaintiff J&J Sports Production, Inc. ("Plaintiff") seeks entry of default judgment against Defendant Parampal Singh, individually and doing business as McHenry's Bar & Restaurant ("Defendant"). (Doc. 10). In its motion for default judgment Plaintiff argues that Service of the summons and complaint in this action was made on Defendant by substitute service pursuant to Federal law on November 29, 2013 (Doc. 5), but Defendant failed to respond to the complaint or otherwise appear in the action. Plaintiff's proof of service regarding service of the summons and complaint indicates that process server Faheem Moore of Rezerac Meyer Attorney Service served a John Doe "Refused Name," at 35669 Carnation Way Fremont, CA 94536. The following day, on December 2, 2013, Veronica Mancilla served the same documents via United States Mail to "Parampal Singh, 35669 Carnation Way, Fremont, CA 94536" (Doc. 5 at 2). Plaintiff argues it is

1

entitled to a default judgment based on Defendant's failure to answer the complaint or otherwise appear in the underlying action.

The Court has reservations regarding the sufficiency of Plaintiff's substitute service. Plaintiff has not explained the basis for its belief that Defendant Singh may be served at the Carnation Way, Fremont, California address. There is no evidence before the Court that the Carnation Way address is linked to defendant. Plaintiff did not attach a declaration supporting service to its motion. Further, there is no indication as to whether 35669 Carnation Way Fremont, CA 94356 is Defendant Singh's last known home address.

Accordingly, Plaintiff SHALL file supplemental briefing and/or a supplemental declaration, explaining why substitute service at 35669 Carnation Way Fremont, CA 94356, constitutes proper service. The supplemental brief and/or declaration shall be no more than three pages in length and filed within seven days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 4, 2014**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE